UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAROLD DAVIS,<br><br>    Plaintiff,<br><br>v.<br><br>RPK, INC., et al.,<br><br>    Defendants. | Case No. 20-cv-02331-SVK<br><br>**ORDER DENYING PRO HAC VICE APPLICATION**<br><br>Re: Dkt. No. 11 |

The Court is in receipt of Virginia attorney David C. Deal's *pro hac vice* application. Dkt. 11. The application states that Attorney Deal's local counsel is Michael R. Reese. *Id*. Attorney Reese's address of record is listed as New York, New York. *Id.* Civil Local Rule 11-3(a)(3) states that local counsel must maintain an office within the State of California. Accordingly, the Court **DENIES** Attorney Deal's *pro hac vice* application without prejudice to allow Attorney Deal to re-submit his application with a declaration demonstrating why he is qualified for admission *pro hac vice* under the requirements of Civil Local Rule 11-3.

**SO ORDERED.**

Dated: April 13, 2020

_____
SUSAN VAN KEULEN
United States Magistrate Judge