Reset Form

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

Harold Davis

      Plaintiff(s),

 v.

RPK, Inc., and Urban Compass, Inc.

      Defendant(s).

Case No: 5:20-cv-2331

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, David C. Deal, an active member in good standing of the bar of Western District of Virginia, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Harold Davis in the above-entitled action. My local co-counsel in this case is Michael R. Reese, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
|---|---|
| P.O. Box 1042<br>Crozet, VA 22932 | 8484 Wilshire Boulevard, Suite 515<br>Los Angeles, CA 90211 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| (434) 233-2727 | (212) 643-0500 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| david@daviddeal.com | mreese@reesellp.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 86005.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated: 04/13/20

                David C. Deal
                APPLICANT

# ORDER GRANTING APPLICATION
# FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David C. Deal is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: April 13, 2020

               *Susan van Keulen*
            UNITED STATES ~~DISTRICT~~/MAGISTRATE JUDGE

AO 136 (Rev. 10/13) Certificate of Good Standing

# UNITED STATES DISTRICT COURT
for the
Western District of Virginia

## CERTIFICATE OF GOOD STANDING

I, _____JULIA C. DUDLEY_____, Clerk of this Court,

certify that ___DAVID CHRISTOPHER DEAL___, Bar # ___86005___,

was duly admitted to practice in this Court on ___06/26/2014___, and is in good standing as a member

of the Bar of this Court.

Dated at ___Charlottesville, Virginia___ on ___03/25/2020___
(Location)                                                               (Date)

JULIA C. DUDLEY
*CLERK*

*Joyce A. Jones*
*DEPUTY CLERK*